USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON MONTES,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

1:22-CV-8117 (VEC)
1:18-CR-0840-01 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 22, 2022, Petitioner moved to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, Dkt. 1;

    IT IS HEREBY ORDERED that the U.S. Attorney's Office shall file an answer or other pleading in response to the motion not later than **Monday, November 28, 2022**, and Petitioner shall file any reply not later than **Wednesday, December 28, 2022**. Absent further order, the motion will be considered fully submitted as of that date.

    IT IS FURTHER ORDERED that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:   September 29, 2022
          New York, New York

                                                    VALERIE CAPRONI
                                                 United States District Judge